No. 9750. STATE ex rel. UNEMPLOYMENT COMPENSATION COMMISSION, Chadwick Smith, Albert F. Root, and Paul R. McClure, as members of and constituting the Commission, RELATORS, *v.* DISTRICT COURT OF THE THIRTEENTH JUDICIAL DISTRICT of the State of Montana, and The Honorable E. E. Fenton, presiding District Judge of said Court, in and for YELLOWSTONE COUNTY, State of Montana, RESPONDENTS.

301 Pac. (2d) 576.

Decided Sept. 27, 1956.

*Howard N. Hebert,* Helena, for relators.

Per Curiam.

It is ordered that relators' application for an alternative

writ of prohibition be and it is denied and the proceeding here is dismissed.